IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHUNG KAO,

    Petitioner,                    No. CIV S-07-2739 LKK EFB P

    vs.

MIKE KNOWLES, et al.,

    Respondents.                ORDER

_____/

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On July 14, 2008, petitioner requested an extension of time to file his reply. *See* Fed. R. Civ. P. 6(b).

    Good cause appearing, it is ORDERED that petitioner's July 14, 2008, request is granted and petitioner has 30 days from the date this order is served to file his reply.

Dated: July 16, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE