IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHUNG KAO,

    Petitioner,                   No. CIV S-07-2739 LKK EFB P

    vs.

MIKE KNOWLES, et al.,

    Respondents.               ORDER

_____/

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On August 22, 2008, petitioner requested an extension of time to file and serve a reply to respondents' June 9, 2008, answer. *See* Fed. R. Civ. P. 6(b). On August 25, 2008, petitioner filed his reply.

    Good cause appearing, it is ORDERED that petitioner's August 22, 2008, request for an extension of time is granted and his August 25, 2008, reply is deemed timely.

DATED: September 10, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE