IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHUNG KAO,

    Petitioner,                    No. CIV S-07-2739 LKK CHS P

    vs.

MIKE KNOWLES, Warden, et al.,

    Respondents.              ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, challenged a prison disciplinary proceeding in an application for writ of habeas corpus. In an order signed on August 31, 2009 and filed on September 1, 2009, petitioner's claims were denied. Petitioner filed a notice of appeal and his appeal was processed to the United States Court of Appeals for the Ninth Circuit.

        On October 6, 2010, the case was remanded to this court for the limited purpose of granting or denying a certificate of appealability. A certificate of appealability may issue under 28 U.S.C. § 2253 "if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The certificate of appealability must "indicate which specific issue or issues satisfy" the requirement. 28 U.S.C. § 2253(c)(3).

        A certificate of appealability should be granted for any issue that petitioner can demonstrate is "'debatable among jurists of reason,'" could be resolved differently by a different

1

court, or is "'adequate to deserve encouragement to proceed further.'" *Jennings v. Woodford*, 290 F.3d 1006, 1010 (9th Cir. 2002) (quoting *Barefoot v. Estelle*, 463 U.S. 880, 893 (1983)).[1]

In this case, petitioner failed to make a substantial showing of the denial of a constitutional right with respect to the challenged disciplinary action and his resulting loss of "good-time" credits.  A certificate of appealability shall not issue in this case.

IT IS SO ORDERED.

DATED: October 29, 2010.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[1] Except for the requirement that appealable issues be specifically identified, the standard for issuance of a certificate of appealability is the same as the standard that applied to issuance of a certificate of probable cause. *Jennings*, at 1010.